# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

| BILLY JOE DENNIS | Case No.    6:12CR60007-001 |
|---|---|
| | USM No.    11052-010 |
| | Morse U. Gist, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted the following violation(s) of the term of supervision: Mandatory Condition, Standard Condition Nos. 12, 2, 3 and 6.
☐  was found in violation of the following count(s) after denial of guilt:

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Offender submitted a urine sample which subsequently tested positive for methamphetamine on 6/27/2016. | 6/27/2016 |
| Two | Offender offered his services in the purchase of controlled substances to local law enforcement on or about 6/29/2016. | 6/29/2016 |
| Three | Offender failed to report in person to the probation office as required between the 1st and 5th of July 2016. | 7/5/2016 |
| Four | Offender failed to report to the probation office as directed by the probation officer on or about 7/11/2016. | 7/11/2016 |
| Five | Offender failed to notify the probation officer of his change in residence. | 7/18/2016 |

The defendant is sentenced as provided in pages 2 through     2     of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated the following count(s) and is discharged of the following:

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec. No.:    6121 | August 25, 2016 |
|---|---|
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:       1971 | |
| | /s/ Susan O. Hickey |
| City and State of Defendant's Residence: | Signature of Judge |
| Hot Springs, Arkansas | |
| | Honorable Susan O. Hickey, United States District Judge |
| | Name and Title of Judge |
| | August 26, 2016 |
| | Date |

DEFENDANT: BILLY JOE DENNIS
CASE NUMBER: 6:12CR60007-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : thirteen (13) months to run consecutively with any time received from state authorities.
No term of supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL